**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DEYANIRA GARAY AGUIRRE,** | § | |
|     **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02041-DB** |
| | § | |
| **MARKWAYNE MULLIN**, *in his Official,* | § | |
| *Capacity as Secretary, U.S. Department of* | § | |
| *Homeland Security*, *et al.,* | § | |
|     **Respondents.** | § | |

## ORDER TRANSFERRING CASE

On this day, the Court considered Petitioner Deyanira Garay Aguirre's "Verified Petition for Writ of Habeas Corpus," ECF No. 1, filed on August 3, 2026. Therein, Petitioner asserts she "is currently detained without bond at the Bluebonnet Detention Facility in Anson, Texas." ECF No. 1 at 3.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk's Office **SHALL TRANSFER** the above-captioned case to the Northern District of Texas – Abilene Division for adjudication.

**SIGNED** this **5th** day of **August 2026.**

                                _____

                                **THE HONORABLE DAVID BRIONES**
                                **SENIOR UNITED STATES DISTRICT JUDGE**